COM.

v.

**KNECHT, M.**

**385 EDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–15–CR–0000302–1977
(Chester)

Reversed/Vacated/Remanded

**SCHLISMAN, S.**

v.

**URBAN SPACE DEVELOP.**

**440 EDA 2016**

Superior Court of Pennsylvania.

03/13/2017

Reargument Denied 5/25/2017

October Term, 2013, No. 01852 (Philadelphia)

Affirmed/Reversed/Remanded

COM.

v.

**MARKLAND, R.**

**496 EDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–23–CR–0002544–2015
(Delaware)
Affirmed

COM.

v.

**WILLIAMS, W.**

**567 EDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–51–CR–0307231–2000 (Philadelphia)
Affirmed

COM.

v.

**YOUNG, M.**

**932 EDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–23–CR–0004285–2015 (Delaware)
Affirmed